IN The United states District Court For The District of Columbia

Anthony RAY Jenkins
1456 Duren Farms Dr
Lithonia GA. 30058
            VS.     Plaintiff

Dekalb Co. Police Dept.
State wide wrecker service
Gerrilyn G. Brill Defendant
State of Georgia

CASE No _____
Georgia - Civil Case No. 10-cv-0446
State Case No 10 CR-3202
Pro-Se Case I.D. 3672111
Statute in question
K.S.A. 33-1591 Final Deci
By The Trial court After
Procedural.
Motion That was Denied
Case No. 10 CV-33304
Wichitaks. City court.

Case: 1:17-cv-02480    F Deck
Assigned To : Unassigned
Assign. Date : 11/14/2017
Description: Pro Se Gen. Civil

Jerk Paine

Law Suite Pursant To K.S.A. 33-1591 Final Decision By The Trial court.
10 CV-33304 From within city court is Final as To The State 18th Ariz. 2 Sc.
25 Kans. 815. And 26 Kans At 833. 10 CR-3202 is The Same exact set of
Circumstances That was Denied IN 10 CV-33304 A Person Liberty is Protected
By The Constitution of The United States Even when it is a statutory creation
of The State. 14th Amend. To The U.S. Const. no Person shall Be Deprived of Life
Liberty or Property without Due Process of Law. And no Person shall be Denied the
Equal Protection of The Law. 13th Amend. Violation Slavery. I Do. I See Nothing
Here But obstruction of Justice. Impeeding The Process of Civil Rights
Complaints. Case I.D. 3672111. Conspiry To commit Murder, murder And False
Imprisonment. I Am Asking For $700. Million

Come now the Plaintiff Anthony RAY Jenkins Move This Honorable Cou
For A Order, Ordering The Federal Government To Pay This suit And [S]

(1) This is Intimanation of A Federal witness. Obstruction of Justice. An
These People A Dead. The cat Ikinberry is in Jail For Tom who Did nothing
To Anyone. The Lady who the Have Aniahjs Jenkins is in Prison For. A
Irish Huskey Had Told me 3 mnths Before this Happen. That They won't low
To Have Aniahjs kill or Framed if They Tried Both. He was Attacked At 1
Dukes Just As She Said. I Filed This 3mo Before it Happen. Jerry Ross Li
with Irish Huskey For To CR.3 years He is The Kidnapper who speaded out
of My Head on A High Speed Chase when i Live At 1656 Valissa Wichitaks

[II] I was on wichita most wanted For 10 CV-33304 next week Police Go
Into My Home And Pointed A Pistol At My Another officer Step in Between
And the Pistol

1

K.S.A. 33-1591 FINAL Decision BY The TRIAL COURT IS The Rule of LAw

(4) I WAS ARRested IN Beaver County OKLAHOMA, For K-CC 33304 Same Exac SET of circumstances That WAS Denied IN MAY 2010. ARRested Again BY Rex Gant And Seward county Kansas. Told You Should Have Been ARRested IN Oklahoma For Being A Fugertive From Justice And I Lived IN Kansas Ablen Epps Told This State Trooper I Lived IN Kansas And He Had A Automacanic Shop one Block over He Not me Look At the Video.

(5) one not Flent Prosecution From the Demanding State is not A Fugitive of Justice. State v. Allen 1992. 92 So.155 33 Fla. 653

wherefor the Plaintiff Anthony RAY Jenkins move This Honorable Court For A order. ORDering The Federal Government To PAY This Claim For Slavery, Kidnapping. Conspircy To Commit Murder, Murder And Obstruction of Justice Impeding The Process of These Civil RiGHts Complaints Pro-se I.D-3672111. And DePriving me of my Liberty While Acting under of State Law. Denying The Equal Protection of The Law And For Any other Releaf That This Honorable Court may Deem Just And Proper. And For DePriving me of my Right To Bare ARms while Killing them

Thank You                    Sign by Anthony Ray Jenkins
                             Dated Nov 14, 2017
                             Pro-se Case I.D. 3672111